E-FILED
Wednesday, 03 June, 2026  04:26:34 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

|  |  |
|---|---|
| TRESHON GANT,<br><br>   Plaintiff,<br><br>  v.<br><br>RIVIAN AUTOMOTIVE, LLC,<br><br>   Defendant. | Case No. 2:26-cv-02061-CSB-EIL |

### DEFENDANT'S CERTIFICATE OF COMPLIANCE

Pursuant to the Court's May 6, 2026 Order, Defendant Rivian Automotive, LLC hereby

certifies that, on June 3, 2026, it served Defendant's Rule 26(a)(1) Disclosures on Plaintiff.

**DATED:  June 3, 2026**

          Respectfully submitted,

          RIVIAN AUTOMOTIVE, LLC


          By: */s/ Sharilee K. Smentek*

Katherine Mendez
Sharilee K. Smentek
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-mail: kmendez@seyfarth.com
   ssmentek@seyfarth.com

*Attorneys for Defendant Rivian Automotive, LLC*

## CERTIFICATE OF SERVICE

I, Sharilee Smentek, an attorney, certify that on June 3, 2026, I electronically filed the

foregoing document with the Clerk of the Court using the CMECF system, which will send

notification of such filing to the following at the e-mail address on file with the Court:

Joshua M. File
Janea McCalister
KATZ, FRIEDMAN, EISENSTEIN,
JOHNSON, BARECK & BERTUCA, P.C.
321 North Clark Street, Suite 1750
Chicago, Illinois 60654
jfile@katzfriedman.com
jmcallister@katzfriedman.com


/s/ Sharilee K. Smentek